**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00013-HDM-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (THIRD REQUEST)** |
| JESSEY RICHARDS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for JESSEY RICHARDS and TODD BLANCHE, Deputy Attorney General of the United States, Assistant United States Attorney ANDREW KEENAN, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for January 27, 2026, at 11:00 AM, be vacated and continued to March 24, 2026, at 11:00 AM.

This Stipulation is entered into for the following reasons:

1.      Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.    Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.    The defendant is detained and consents to the continuance.

4.    The parties agree to the continuance.

5.    This is the third request for a continuance.

DATED this 22nd day of January, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General
of the United States

By /s/ Sean A. McClelland
    SEAN A. MCCLELLAND
    Assistant Federal Public Defender
    Counsel for JESSEY RICHARDS

By /s/ Andrew Keenan
    ANDREW KEENAN
    Assistant United States Attorney
    Counsel for the Government

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for January 27, 2026, at 11:00 AM, be vacated and continued to March 24, 2026, at 11:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED.**

DATED this 23rd day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE