**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESSEY RICHARDS,<br>Defendant. | Case No. 3:18-cr-00013-HDM-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender Sean A. McClelland, counsel for Jessey Richards and Attorney General of the United States Todd Blanche, Assistant United States Attorney Clay Plummer, counsel for the United States Of America, that the Revocation of Supervised Release Hearing set for November 4, 2026, at 12:00 PM, be vacated and continued to December 16, 2026, at 11:00 AM.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel requests that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 29th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By /s/ Sean A. McClelland
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Counsel for JESSEY RICHARDS

Todd Blanche
Attorney General of the United States

By /s/ Clay Plummer
CLAY PLUMMER
Assistant United States Attorney
Counsel for the Government

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS ORDERED** that the Revocation Hearing currently set for November 4, 2026, at 12:00 PM, be vacated and continued to December 16, 2026, at 11:00 AM in Reno Courtroom 4 before District Judge Howard D. McKibben. **IT IS SO ORDERED.**

DATED this 29th day of October, 2026.

Howard D McKibben

UNITED STATES DISTRICT JUDGE